UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**ELAINE CHAO,**
Secretary of Labor,
United States Department of Labor,

    **Plaintiff,**

vs.                                                                 Case No.: 3:05-cv-852-J-16HTS

**THE SEARCH ALLIANCE, INC.**
**and THOMAS A. BYRNES,**

    **Defendants.**
_____/

**ORDER**

      Before the Court is Defendants' Motion for Extension of Time (Dkt. 30).  Citing a change in counsel as grounds, Defendants are seeking extensions of time from the response and hearing dates set forth in the Court's January 24 and January 26, 2007 Orders (Dkts. 20 and 25).  On January 24, 2007, the Court entered an Order for Defendant, Thomas A. Byrnes to show cause why he should not be held in civil contempt of the Court (the "Order to Show Cause").  The Court set a hearing on the Order to Show Cause for February 6, 2007,[1] with a written response due from Mr. Byrnes by February 5, 2007.  On January 26, 2007, the Court entered an Order removing Mr. Byrnes from any position he might have currently held with respect to The Search Alliance, Inc. employees retirement plan, enjoining certain conduct, authorizing certain actions by an independent fiduciary and ordering Defendants to respond to the Order on or before February 2, 2007.

      The Court finds that Defendants have demonstrated the good cause necessary to warrant the

---

[1] On February 5, 2007, the parties were notified that this hearing was cancelled (Dkt. 32).

requested extensions of time. Accordingly, Defendants' Motion for Extension of Time (Dkt. 30) is **GRANTED**. It is further **ORDERED** that:

1. Defendants shall have up to and including February 9, 2007, to respond to the Court's Order of January 26, 2007;

2. Defendants shall have up to and including February 12, 2007, to respond to the Order to Show Cause; and,

2. The hearing on the Order to Show Cause shall now be held on Tuesday, February 27, 2007, beginning at 2:00 pm at the United States Courthouse, 300 North Hogan Street, Courtroom 12D, Twelfth Floor, Jacksonville, Florida 32202.

**DONE** and **ORDERED** on this 6th day of February, 2007.

_____
JOHN H. MOORE II
United States District Judge